# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# Beckley Division

**MARY BETH DOYLE,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　　**Civil Action No.: 5:17-cv-02619**
　　　　　　　　　　　　　　　　　　　　　　　　　**(The Honorable Irene C. Berger)**

**GREENBRIER HOTEL CORPORATION,**
a West Virginia Corporation, and **JOHN DOE,**
an unknown individual,

    **Defendants.**

## DISMISSAL ORDER

On this day before the Court came counsel for the plaintiff, Joshua R. Martin, and the Defendant, Greenbrier Hotel Corporation d/b/a/ The Greenbrier Resort, by its attorney, John R. McGhee, Jr., of Kay Casto & Chaney PLLC, whereupon counsel announced the parties jointly moved the court pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, to dismiss this action, with prejudice.

NOW, THEREFORE, IT IS HEREBY **ORDERED** that all causes of action and claims for relief of Plaintiff set forth in the pleadings filed in this action against the defendant be, and hereby are, **DISMISSED**, with prejudice. All parties shall bear their respective court costs.

Enter this \_\_\_\_ day of _____, 2018.

                                                            _____
                                                            The Honorable Irene C. Berger

| Prepared by: | Agreed to by: |
|---|---|
| /s/ John R.McGhee, Jr. | /s/ Joshua R. Martin . |
| John R. McGhee, Jr., Esq. (WVSB#5205) | Joshua R. Martin, Esquire |
| Lindsay M. Gainer, Esq. (WVSB#12046) | The Martin Law Office |
| Kay Casto & Chaney, PLLC | 1901 19th Street, Ste. C |
| 707 Virginia Street, East | Nitro, West Virginia 25143 |
| P.O. Box 2031 | *Counsel for Plaintiff* |
| Charleston, WV 25327 | |
| *Counsel for Defendant* | |